**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOEL ESCOBEDO PACHECO, | ) | NO. CV 06-07963 SJO (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| MATTHEW MARTEL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 13, 2009

/S/ S. James Otero

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE